IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00068-MP-AK

ANTHONY RANDOLPH,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a request to authorize the Clerk to issue a Satisfaction of Mortgage in this case. On January 29, 1999 Fannie Mae Randolph executed a mortgage bond for Anthony Randolph. Mr. Randolph was sentenced on June 24, 1999, and the Judgment was returned executed on September 14, 1999. Accordingly, the Clerk is authorized to issue a Satisfaction of Mortgage regarding the Mortgage recorded on February 3, 1999 in Book 2215, page 634 in the official records of Alachua County, Florida.

**DONE AND ORDERED** this _18th_ day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge